UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAM LOUIS, III

VERSUS

EXXON MOBIL CORPORATION

CV. NO. 16-503-JWD-RLB

JUDGE JOHN W. deGRAVELLES

## JUDGMENT

The Court has issued a Ruling and Order granting Defendant's Motion for Summary Judgment. For the reasons discussed therein, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff and that Plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed in Baton Rouge, Louisiana, on December 1, 2017.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**